

1400 Old Country Road, Suite C103
Westbury, NY 11590
516-394-6921
_____

**REPLY TO:**

7 Century Drive, Suite 201
Parsippany, NJ 07054
_____

28 East Main Street, Suite 1800
Rochester, NY 14614

September 13, 2018

**VIA ECF**

Hon. Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

**RE:  Robin Jones, Debtor**
      **Case no. 18-35000 CGM**

Dear Judge Morris:

    Please accept this letter as a status report regarding the loss mitigation efforts in the above referenced case.  The debtor has been offered a trial modification that runs from October 2018 through December 2018 with monthly payments in the amount of $1,568.53.  A copy of the trial offer has been forwarded to counsel for review.

                  Respectfully submitted,

                  /s/ Tammy L. Terrell Benoza