

1400 Old Country Road, Suite
C103
Westbury, NY 11590
516-394-6921

**REPLY TO:**

7 Century Drive, Suite 201
Parsippany, NJ 07054

28 East Main Street, Suite 1800
Rochester, NY 14614

November 2, 2018

**VIA ECF**

Hon. Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

**RE:    Robin Jones, Debtor**
**Case no. 18-35000 CGM**

Dear Judge Morris:

Please accept this letter as a status report regarding the loss mitigation efforts in the above referenced case.  The lender advised today that the first trial payment has been received. It is therefore requested that the loss mitigation hearing scheduled for November 6, 2018 be adjourned to allow for the completion of the trial period.

Respectfully submitted,

/s/ Tammy L. Terrell Benoza