

1400 Old Country Road, Suite C103
Westbury, NY 11590
516-394-6921

_____

**REPLY TO:**

7 Century Drive, Suite 201
Parsippany, NJ 07054

_____

28 East Main Street, Suite 1800
Rochester, NY 14614

August 8, 2019

**VIA ECF**

Hon. Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

**RE:    Robin Jones, Debtor
          Case no. 18-35000 CGM**

Dear Judge Morris:

Please accept this letter as a status report regarding the loss mitigation efforts in the above referenced case. The debtor was offered a trial modification that ran from October 2018 through December 2018. A final modification was offered in February 2019. The debtor stated that the payment was not affordable and requested that the loan be reevaluated. The lender is in the process of reviewing the updated information and it is therefore requested that the hearing on August 13, 2019 be adjourned to allow for the completion of the review.

Respectfully submitted,

/s/ Tammy L. Terrell Benoza