

1400 Old Country Road, Suite C103
Westbury, NY 11590
516-394-6921
_____

**REPLY TO:**

7 Century Drive, Suite 201
Parsippany, NJ 07054
_____

28 East Main Street, Suite 1800
Rochester, NY 14614

January 29, 2020

**VIA ECF**

Hon. Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

**RE:    Robin Jones, Debtor**
       **Case no. 18-35000 CGM**

Dear Judge Morris:

    Please accept this letter as a status report regarding the loss mitigation efforts in the above referenced case. Our office is awaiting the fully executed modification agreement from the lender. Upon receipt, a motion to approve the modification will be filed with the Court. It is therefore requested that additional time be provided to allow for the conclusion of the loss mitigation period.

                        Respectfully submitted,

                        /s/ Tammy L. Terrell Benoza